Case 1:04-cv-02174-WYD-CBS   Document... Page ... of 9

BILL OWENS
Governor

RICK GRICE
Executive Director

MICHAEL J. MCARDLE
Director



**DEPARTMENT OF LABOR AND EMPLOYMENT**

Division of Labor
633 17th Street
Suite 200
Denver, CO 80202-3660
Toll-free: 1-888-390-7936  Fax: 303-318-8400
Website: www.coworkforce.com/lab

---

June 30, 2005

VIA U.S. MAIL

Barbara Z. Blumenthal
Hoffman Reilly Pozner & Williamson LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202

**Re: Colorado Minimum Wage Order Number 22 and the Insurance Industry**

Dear Ms. Blumenthal,

The Division of Labor (hereafter referred to as "Division") recently received inquiries from your firm concerning the potential applicability of Colorado Minimum Wage Order Number 22 to the insurance industry. It is the position* of the Division that Colorado Minimum Wage Order Number 22 does not apply to the insurance industry. The Division maintains that the insurance industry does not meet the definition of a retail and service, commercial support service, food and beverage, or health and medical industry as described in Section 2 of the Wage Order. This position has been held by the Division at least since Wage Order 22 became effective in August of 1998, and has remained unchanged to the present.

In support of this position, I have attached a copy of a letter from the Division which addressed this very issue on September 1, 1998, shortly after Wage Order 22 became effective. The letter was sent from Mary Blue, a previous Director of the Division of Labor, to the law firm of Holland & Hart. In the letter Mary Blue stated that "Wage Order 22 does not apply to the insurance industry and therefore, any workers employed in the insurance industry are not subject to the daily overtime provisions." It should further be noted that Mary Blue was responsible for the crafting, verbiage, and issuance of Wage Order 22.

Lastly, the Division has conveyed this position to the public in its "Advisory Bulletins and Resource Guide", available at www.coworkforce.com/lab or directly from the Division. Advisory Bulletin 30(I), which addresses special exemptions and jurisdictional issues, states that "Wage Order 22 does not apply to the insurance industry." A copy of this Bulletin has been enclosed for your convenience. This position was additionally published on page 842 in the 2005 *Colorado Employment Law and Practice Handbook, Volume 16A,* by John R. Paddock, Jr., West Publishing.



EXHIBIT E

I trust that this information satisfactorily responds to your inquiry. If you have any further questions please do not hesitate to contact me.

Sincerely,

Michael J. McArdle
Director, Division of Labor

*\*This position of the Division is based upon the case-specific information provided, and does not necessarily generalize to other contexts or situations. Statements and conclusions expressed herein may change depending upon the inclusion or exclusion of additional facts or background information. The position of the Division may also change over time. This position is not legal advice, and the opinion of attorneys and the judicial system may differ. The information contained herein has no bearing on the applicability or interpretation of any law or regulation not specifically addressed in this letter.*

ROY ROMER
Governor

JON NUMAIR
Executive Director

MARY T. BLUE
Director



# DEPARTMENT OF LABOR AND EMPLOYMENT
DIVISION OF LABOR

Two Park Central, Suite 400
1515 Arapahoe Street
Denver, Colorado 80202-2117
(303) 620-4318

September 1, 1998

Elaine H. Turner
Holland & Hart, LLP
Attorneys at Law
P.O. Box 2340
Colorado Springs, CO 80901-2340

Dear Ms. Turner,

This is in response to your letter or August 14, 1998 requesting an opinion on the applicability of Wage Order 22 to the insurance industry. I understand that you have a client who is concerned about the daily overtime requirements of the wage order.

Wage Order 22 does not apply to the insurance industry and therefore, any workers employed in the insurance industry are not subject to the daily overtime provisions.

I trust that this information is sufficient for you to respond to your client.

Sincerely,

Mary T. Blue
Director

# HOLLAND & HART LLP
### ATTORNEYS AT LAW

DENVER • ASPEN
BOULDER • COLORADO SPRINGS
DENVER TECH CENTER
BILLINGS • BOISE
CHEYENNE • JACKSON HOLE
SALT LAKE CITY

SUITE 1000
90 SOUTH CASCADE AVENUE
COLORADO SPRINGS, COLORADO 80903-2274
MAILING ADDRESS
P.O. BOX 2340
COLORADO SPRINGS, COLORADO 80901-2340

TELEPHONE (719) 475-7730
FACSIMILE (719) 634-2461

ELAINE H. TURNER
(719) 475-6474
eturner@hollandhart.com

August 14, 1998

Mary Blue
Director of Division of Labor
1515 Arapaho Street
Tower 2, Suite 400
Denver, CO 80202

**Re: Applicability of Wage Order 22 to Insurance Industry**

Dear Ms. Blue:

One of our clients in the insurance industry has requested that we obtain a written opinion from the Division of Labor regarding the applicability of Wage Order 22 to the insurance industry. Our client is specifically concerned about the applicability of the daily overtime provisions to claims representatives and new member sales staff. I would appreciate it if you would provide me with a letter stating the Division's opinion on this issue.

Sincerely,

*Elaine H. Turner*
Elaine H. Turner
for Holland & Hart LLP

EHT/kh