IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER,
ERIC STACK,
ROBERT REYNOLDS, and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

[PROPOSED] ORDER REGARDING FILING OF STATUS REPORT

The parties are hereby ordered to file a Joint Status Report with this Court no later than fifteen (15) days following the expiration of the 90-day Hoffmann-La Roche notice period.

IT IS SO ORDERED

Dated: ~~July~~ AUGUST 3, 2005

United States Magistrate Judge
CRAIG B. SHAFFER