UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER APPROVING MAILING OF
HOFFMAN-LAROCHE NOTICE AND CONSENT TO JOIN FORM**

THIS MATTER is before the Court on Plaintiff Rocky Baldozier's, Eric Stack's, Robert Reynolds's, and Jok Nicholson's Motion for Approval of Hoffman-LaRoche Notice, filed March 2, 2005, which was granted by the Court on July 8, 2005. In connection with the July 8, 2005, Order, the Court hereby approves the mailing of the Hoffman-LaRoche Notice and Consent to Join form as follows:

    1.    Plaintiffs' Motion for Approval of Hoffmann-LaRoche Notice is GRANTED.

    2.    The following FLSA collective action ("Collective Action") is hereby conditionally certified for notice purposes only:

> All persons who are as of the date of this Order, or at any point since October 20, 2001, have been employed by American Family Mutual Insurance Co., as Physical Damage Claim Analysts, Physical Damage Claim Representatives, or Physical Damage Claim Examiners.

3. The statute of limitations on the FLSA claim in this action has been tolled, under principles of equitable tolling, for the persons encompassed within the Collective Action defined in paragraph 2 above, from the filing of the complaint on October 20, 2004, and will continue to be tolled, until 90 days after the Special Master, or his agent, first mails the Notice and Consent to Join form to possible opt-ins.

4. The "Notice," attached to this Order as Exhibit A, and the "Consent to Join" form, attached as Exhibit B, will be sent to all persons falling within the definition described in paragraph 2 above.

5. To participate in the FLSA claim in this case, persons falling within the definition of the Collective Action must sign and return the Consent to Join form within 90 days of the date the Notice and Consent to Join form were first mailed to them. The Consent to Join form shall be deemed returned on the date when the envelope containing it is postmarked.

6. Steve C. Briggs, Esq. will serve as a Court-appointed Special Master to supervise and facilitate the sending of the Notice and Consent to Join forms, and the receipt and service of the returned Consent to Join forms.

7. The Special Master shall retain a claims administrator, Class Action Administration, Inc., as his agent to (a) receive information regarding the persons falling within the definition of the Collective Action; (b) **arrange for completion of the Notice form to include a due-date for the Consent to Join form that is 90 days from the date the Notice and Consent to Join forms were first mailed**; (c) arrange for the printing of the Notice and Consent to Join forms and return envelopes; (d) mail the

Notice and Consent to Join forms; (e) obtain updated addresses for Notices and Consents to Join returned as undelivered, and re-mail these Notices and Consent to Join forms; and (f) accept and record the returned Consents to Join; (g) promptly serve all parties with PDF copies of the Consents to Join; and (h) promptly provide the originals of the Consents to Join to Class Counsel for filing with the Court. Plaintiffs' counsel shall pay the Special Master at his normal hourly rate, and shall pay for the services of the Claims Administrator set forth above.

8. Defendant will provide the Special Master or his agent with the "mailing list,"consisting of (a) full name, (b) current home address, or last known address, (c) and Social Security number, in computer readable format, of all potential opt-ins (*i.e.*, all persons falling within the definition in paragraph 2 above) to be delivered to the Special Master or his agent within three business days of the date of this Order. Defendant will cooperate with the Special Master and his agent in the prompt and effective delivery of the database necessary for the mailing described in the paragraphs below.

9. All electronic data, documents, or other information transmitted from the defendant to the Special Master, or his agent, any copies, excerpts, or summaries thereof, and any other data or documents prepared, compiled, sorted, or analyzed by the Special Master and his agent which contain or derive from electronic data, documents, or other information transmitted from the defendant to the Special Master shall be deemed confidential. All such information will be used by the Special Master and his agent solely for purposes of providing notice pursuant to this Order, and they will keep confidential all such information and will be prohibited from disclosing such

information to any person or organization, including but not limited to plaintiffs' counsel.

10. The Special Master, or his agent, shall mail the following materials to potential opt-ins: (1) the Court -approved notice attached hereto as Exhibit A; (2) the Court-approved opt-in consent form (Consent Form), attached hereto as Exhibit B; and (3) a pre-addressed, pre-paid, return envelope to be returned to the Special Master or his agent (collectively, the "notice package").  Within 10 business days of notice of the signing of this Order, the Special Master or his agent shall mail the notice package to each person falling within the definition of the Collective Action in paragraph 2 above, using the address information provided by American Family, as updated by more current information obtained from the United States Postal Service National Change of Address database.  The Special Master or his agent may pre-print the potential opt-ins' names and addresses or other tracking numbers on the materials to be mailed and may bar code such data for efficient processing.

11. If Notices are returned as undeliverable, the Claims Administrator will use the Social Security number provided by American Family to promptly obtain a current address, and will promptly remail the notice package to that current address.  The Claims Administrator will keep a record of the addresses that it updates and the dates on which the notice package was sent to those addresses.  The Special Master or his agent shall not be required to remail the notice package more than three times.  If a Notice is returned undelivered four times, the Special Master shall inform the parties of the name of the individual and of the addresses to which Notice was sent.

12. The Special Master or Claims Administrator will receive the returned

Consent to Join forms, date stamp and number all signed consent forms and envelopes received, and keep a record of the postmarked dates of the return envelopes. On each business day that the Claims Administrator receives a Consent to Join, it will send an e-mail to all counsel with PDF copies of all Consents to Join received that day, together with a cover e-mail listing the persons whose Consents to Join were received that day. Once per week, the Claims Administrator will send the original Consent to Join forms by overnight courier, or hand delivery, to Robert Hill of Hill & Robbins.

13.     To be timely filed, consent forms must be postmarked no later than 90 days after the first mailing of notice by the Special Master or his agent. Subject to further order of the court, forms postmarked after this date will be deemed untimely and the individual signing the form will not be permitted to join this action as an opt-in plaintiff.

14.     The Special Master will ensure that any information supplied by him to the Claims Administrator remains confidential, and no such information will be disclosed by those parties to any other person or organization, including but not limited to Plaintiffs' counsel. The Special Master will supply a copy of this Order to the Claim Administrator and will secure its written agreement to abide by its terms.

15.     If a Consent to Join form is received unsigned, the Special Master, or his agent, will inform the individual returning the Consent to Join that he/she needs to sign the Consent to Join form in order to participate.

16.     Within 14 days of receiving the last timely-filed consent form, the Special Master shall prepare a final list of the names of the opt-in plaintiffs who filed a signed

and timely consent form indicating the date on which the signed consent forms were received and the date of the postmark on the return envelope, and shall file it with the Clerk of this Court along with copies of the consent forms.  The Special Master will serve counsel for the parties with a copy of this filing.

17.     The Special Master, or his agent, will communicate with counsel for both parties jointly regarding any necessary further instructions not specified herein.

18.     After filing the final list and original consent forms with the Court, the Special Master will retain a copy of such filing along with the original envelopes in which the consent forms were received.  The Special Master and his agent then will return the mailing list to defendant, and will delete all copies of it from their own records.  The Special Master and his agent will not make or retain any copies of the mailing list, or make it available to any individual, association, firm, corporation or other organization, its officers, agents or employees for any purpose at any time.

Dated: August 5, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge