UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Defendant American Family Mutual Insurance Company's Emergency Motion for a Temporary Stay of the Order Approving Notice and Consent-to-Join Forms Pending the Tenth Circuit's Consideration of its Petition for Writ of Prohibition or Mandamus filed August 12, 2005 (the "Motion"). Upon consideration of the Motion and review of the file the Court finds that the Motion is without merit and must be **DENIED.**

    Dated: August 12, 2005.

                                                                     BY THE COURT:

                                                                     s/ Wiley Y. Daniel
                                                                     Wiley Y. Daniel
                                                                     U. S. District Judge