# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 15, 2005

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2005

GREGORY C. LANGHAM
CLERK

Ms. Avi Sue Rocklin
Mr. John F. Walsh
Mr. Robert F. Hill
Hill & Robbins
1441 18th Street
Suite 100
Denver, CO 80202

Mr. David A. Lowe
Mr. Kenneth J. Sugarman
Mr. Steven G. Zieff
Rudy, Exelrod & Zieff
351 California St.
#700
San Francisco, CA 84104

Ms. Barbara Z. Blumenthal
Ms. Julie McCurdy Williamson
Hoffman, Reilly, Pozner & Williamson
511 Sixteenth Street
Suite 700
Denver, CO 80202

Mr. Earl H. Munson
Boardman, Suhr, Curry & Fiels
One South Pickney St.
4th Fl.
Madison, WI 53703

   Re:  05-1375, American Family v. Baldozier
      Dist/Ag docket: 04-D-2174 (CBS)

Dear Counsel:

  Enclosed is a copy of an order entered today in this case.

Please contact this office if you have questions.

Sincerely,

PATRICK FISHER
Clerk

By:
Deputy Clerk

PF:klp

cc:   Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: AMERICAN FAMILY
MUTUAL INSURANCE COMPANY,

Petitioner.

No. 05-1375

ORDER
Filed August 15, 2005

Before **EBEL** and **HENRY**, Circuit Judges.

In this collective action brought under the Fair Labor Standards Act, petitioner American Family Mutual Insurance Company seeks a writ of prohibition or mandamus and a temporary immediate stay. A writ of prohibition or "[m]andamus is available only upon a showing of a clear and indisputable right to relief." *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "[A] party seeking the issuance [of the writ must] have no other adequate means to attain the relief he desires, . . . and . . . [must] satisfy the burden of showing that [its] right to issuance of the writ is clear and indisputable." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980) (per curiam) (quotation and citation omitted).

Upon our review of the materials provided by petitioner, we determine that petitioner has not demonstrated entitlement to extraordinary relief in connection

with the district court's rulings on notice to potential opt-in plaintiffs. The petition for writ of mandamus and temporary immediate stay is denied.

Entered for the Court
PATRICK FISHER, Clerk

By: *[signature: Karen Phillips]*

Deputy Clerk