UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER**

    THIS MATTER is before the Court on Plaintiffs' Motion for Approval of Administrative Revisions to the Form of *Hoffman-LaRoche* Notice Recommended by the Special Master and Request for Forthwith Ruling filed August 15, 2005 ("Motion for Approval of Administrative Revisions"), and Defendant American Family Mutual Insurance Company's Statement of Position Re: Plaintiffs' Motion for Approval of Administrative Revisions filed August 15, 2005 ("Statement of Position").  A hearing was held on August 16, 2005.  For the reasons stated on record in the hearing and in this Order, Plaintiffs' Motion for Approval of Administrative Revisions is **GRANTED**.  Defendant's Statement of Position is **GRANTED IN PART AND DENIED IN PART**.

    In accordance therewith, It is hereby ORDERED that the "Further Information" section of the form of the Notice approved by the Court on August 5, 2005, entitled

"Notice of Pendency of Collective Action Lawsuit Against American Family Mutual Insurance Company" is revised as follows:

## FURTHER INFORMATION

Further information about this Notice, the deadline for filing a "Consent To Join" or questions concerning this lawsuit may be obtained by writing or phoning the Claims Administrator at the contact information below; or plaintiffs' counsel at the contact information above or 1-800-597-6887; or Defendant American Family's counsel at the contact information above or 1-608-242-4100, ext. 31689.

To find out whether your signed Consent to Join form has been received contact:

> American Family Class Administrator
> P.O. Box 6877
> Broomfield, CO 80021-0015
> 1-888-540-4421 (Toll Free)

PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE

It is FURTHER ORDERED that the parties shall exchange their comments on the current proposed telephone script and responses to common questions to be used by the Claims Administrator when Notice recipients call for information about the lawsuit. The parties shall negotiate in good faith to reach an agreement on the language in the telephone script and responses to common questions.  If the parties are unable to reach agreement on the language to be used in the telephone script and responses to common questions, the Special Master shall resolve the dispute.

Dated: August 12, 2005.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge