UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to Exceed the Fifteen-Page Limit for its Opposition to Motion for Summary Judgment, filed October 20, 2005, is **GRANTED**. Plaintiffs may file a brief in opposition to Defendant's Motion for Summary Judgment up to twenty (20) pages in length with a separately attached statement of facts.

    Dated:  October 20, 2005

                                          s/ Michelle M. Merz
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge