UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The parties' Stipulated Motion to Amend the Briefing Schedule for Defendant's Summary Judgement Motion, filed November 18, 2005, is **GRANTED**.  Defendant's Reply in Support of its Motion for Summary Judgment is due to be filed no later than **Wednesday, December 21, 2005.**

     Dated:  November 21, 2005

s/ Michelle M. Merz
Law Clerk to
Wiley Y. Daniel
U. S. District Judge
