IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all other similarly situated,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

### STIPULATION AND ORDER RE: PLAINTIFFS' MOTION TO AMEND TO ADD CLAIMS UNDER THE STATE LAWS OF OHIO, ILLINOIS, MINNESOTA, AND MICHIGAN

---

The parties, through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs' motion to file a First Amended Complaint (filed September 30, 2005; *doc. no. 98*), which alleges individual and class action claims under the laws of Ohio, Illinois, Minnesota, and Michigan, is **GRANTED.**

2. All further activity in this action on plaintiffs' state law claims (including, but not limited to, responsive motions or pleadings, motions for class certification, or discovery specific to the state law claims) shall be stayed pending the Court's rulings on:

    (a) Defendant American Family's Motion to Stay Proceeding Under First-to-File Rule Or, Alternatively, to Transfer the Case Under 28 U.S.C. § 1404(a); and

    (b) Defendant's Motion for Summary Judgment on Plaintiffs' Fair Labor Standard Act Claim.

3.  In the event that the Court grants defendant's motion for summary judgment, plaintiffs will not ask the Court to accept supplemental jurisdiction over the state law claims, but instead will file a notice of voluntary dismissal without prejudice of those claims pursuant to Fed.R.Civ.P 41(a)(1).

4.  In the event that the Court denies both: (a) defendant's motion to stay or transfer; and (b) defendant's motion for summary judgment, the stay in paragraph 2, above, will automatically be lifted. I n such event, defendant reserves any and all defenses to the Amended Complaint, including, but not limited to, the right to seek dismissal of the state law claims on the basis that the Court does not have or, alternatively, should not accept supplemental jurisdiction over those claims.  Plaintiffs reserve the right to ask this Court to accept jurisdiction over those claims.   It is further

**ORDERED** that the Joint Motion to Amend (filed November 17, 2005; *doc. no. 123*) is **GRANTED**.

DATED at Denver, Colorado, this 28th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge