UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

  Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

  Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

  Defendant's Unopposed Motion for Leave to Exceed the Ten Page Limit for Its Reply in Support of Motion for Summary Judgment, filed December 15, 2005, is **GRANTED**.

  Dated:  December 15, 2005

                              s/ Michelle M. Merz
                              Law Clerk to
                              Wiley Y. Daniel
                              U. S. District Judge