IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER,
ERIC STACK,
ROBERT REYNOLDS, and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

**ORDER RE PRODUCTION OF ESTIMATING SOFTWARE**
_____

This matter came on for consideration in the above-captioned action before the Honorable Craig B. Shaffer, United States Magistrate Judge, presiding, on September 23, 2005, at 9:00 a.m., on plaintiffs' request for a conference to address certain discovery issues that had arisen as between the parties. Plaintiffs and defendant were represented by their respective counsel, who appeared before the Court telephonically. Based on the presentations of both parties' counsel at the September 23, 2005 conference, for the reasons discussed on the record during the conference, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Without further delay, defendant shall produce to plaintiffs a copy of the Mitchell estimating software program used by defendant's physical damage claims representatives. The

Mitchell estimating software program may be marked "Confidential - Attorneys' Eyes Only" pursuant to the protective order in effect in this case.

    **IT IS SO ORDERED**

DATED at Denver, Colorado, this 29th day of December, 2005.

                          BY THE COURT:

                          s/Craig B. Shaffer
                          Craig B. Shaffer
                          United States Magistrate Judge

APPROVED AS TO FORM

| /s Avi S. Rocklin | /s Julie M. Williamson |
|---|---|
| Robert F. Hill | Julie M. Williamson |
| John F. Walsh | BIEGING SHAPIRO & BURRUS LLP |
| Avi S. Rocklin | 4582 S. Ulster Street Parkway |
| Jennifer H. Hunt | Suite 1650 |
| HILL & ROBBINS, P.C. | Denver, CO 80237 |
| 1441 18th Street, Suite 100 | Phone:	(720) 488-0220 |
| Denver, CO  80202-1256 | Fax:	(720) 488-7711 |
| Phone:	(303) 296-8100 | E-mail:	jwilliamson@bsblawyers.com |
| Fax:	(303) 296-2388 | *Attorneys for Defendant* |
| E-mail: roberthill@hillandrobbins.com | |
|     johnwalsh@hillandrobbins.com | |
|     avirocklin@hillandrobbins.com | |
|     jenniferhunt@hillandrobbins.com | |
| *Attorneys for Plaintiff* | |