UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to File Surreply Brief in Opposition to Defendant's Motion for Summary Judgment, filed December 29, 2005, is **GRANTED**. The surreply shall not exceed five (5) pages in length.

    Dated:  December 30, 2005

                                                    s/ Michelle M. Merz
                                                  Law Clerk to
                                                  Wiley Y. Daniel
                                                  U. S. District Judge