UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiffs' Motion to Maintain Claim Administrator's 1-800 Phone Number and to Authorize Disclosure of Late Consent to Sue Forms, filed December 14, 2005 ("Motion").  Defendant American Family Mutual Insurance Company filed a brief in opposition to the Motion on January 3, 2006, and Plaintiffs filed a Reply on January 10, 2006.  In the Motion, Plaintiffs request that this Court authorize the Claims Administrator to maintain the toll-free number that was displayed in the Hoffman-La Roche Notice sent to all potential collective action members in this case.  Plaintiffs further request that the Court authorize the Special Master to provide the parties with copies of consent to sue forms submitted after the November 17, 2005, deadline for submitting such forms.

I first address Plaintiffs' request that I authorize the Claims Administrator to maintain the toll-free number that appeared in the Hoffman-La Roche Notice.  Plaintiffs

assert that this toll-free number should be maintained along with a brief, pre-recorded message that provides a contact number for the Plaintiffs' attorneys in order to avoid "confusion among collective action members who want further information about the lawsuit, or who need to update their address with the Court and counsel." The Hoffman-La Roche Notice approved by the Court clearly lists contact information for all counsel in this case, including a separate toll-free number for Plaintiffs' counsel. The purpose of providing contact information for the Claims Administrator was to facilitate the opt-in process and provide potential collective action members with neutral information regarding their ability to join this lawsuit. The opt-in period is now over and I see no reason to maintain the Claims Administrator's toll-free number.

I also reject Plaintiffs' request that I authorize the Special Master to disclose untimely filed consent to sue forms. The Hoffman-La Roche Notice clearly states that consent to sue forms postmarked after November 17, 2005, will be deemed untimely. I am not inclined to permit any individual who did not timely file their consent to sue form to join this lawsuit. Therefore, for the reasons stated above, it is hereby

ORDERED that Plaintiffs' Motion to Maintain Claim Administrator's 1-800 Phone Number and to Authorize Disclosure of Late Consent to Sue Forms, filed December 14, 2005, is **DENIED**.

Dated:  January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel

U. S. District Judge