UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    American Family's Motion for Leave to Respond to Plaintiffs' Surreply, filed January 25, 2006, is **DENIED**.

    Dated:  February 2, 2006

    s/ Michelle M. Merz
    Law Clerk to
    Wiley Y. Daniel
    U. S. District Judge