UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.
_____

### ORDER GRANTING STIPULATED MOTION REGARDING CLAIMS ADMINISTRATOR'S RETENTION OF RECORDS
_____

      THE COURT, having read the parties' Stipulated Motion Regarding Claims Administrator's Retention of Records, filed February 6, 2006, and being fully advised of the premises,

      **GRANTS** said Motion and hereby orders as follows:

      1.    Class Action Administration, Inc. ("CAA"), as Claims Administrator, shall be permitted to download electronic copies of its files prepared in connection with this litigation and data in the electronic database obtained from American Family onto a CD and retain the CD, without accessing the information on the CD absent prior consent of Defendant or a court order.

      2.    Once it has copied the information onto the CD, CAA shall remove all confidential information regarding its work in this matter from its computer systems and

destroy all hard copies of such confidential information so as to preserve the confidentiality and security of the information.

    3.    At the conclusion of this lawsuit, CAA shall provide the CD to counsel for American Family for destruction and will not retain any copies of the CD or the electronic database provided to CAA by American Family.

    4.    The first sentence of Paragraph 18 of the Order of August 5, 2005, shall be amended to state: "After filing the final list and original consent forms with the Court, Class Action Administration, Inc., as Claims Administrator, will retain a copy of such filing along with the original envelopes in which the consent forms were received."

Dated: February 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge