UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    American Family's Unopposed Motion for Leave to File Additional Exhibit in Support of Reply to Motion to Dismiss Plaintiffs' State Law Claim, or in the Alternative, to Decline Supplemental Jurisdiction and Deny Certification of State Law Class Claim, filed June 30, 2005 (docket #55) is **DENIED AS MOOT.**

    Dated:  February 21, 2006

                                        s/ Michelle M. Merz
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge