UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant American Family's Motion to Reconsider its Motion to Stay Under the First-to-File Rule or Transfer Under 28 U.S.C. § 1404, filed January 20, 2006 (the "Motion for Reconsideration").  On December 21, 2005, this Court denied Defendant's Motion to Stay Under the First-to-File Rule or Transfer Under 28 U.S.C. § 1404 without prejudice (the "Motion to Stay").  At the time Defendant filed its Motion for Reconsideration, Plaintiffs had filed a Motion for Transfer and Coordination And/Or Consolidation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation (the "Petition"), requesting that *Schultz v. American Family Mut. Ins. Co.*, No. 04-C-5512 (N.D. Ill. 2004), a case pending before the United States District Court in the Northern District of Illinois, be consolidated with this case. Defendants requested reconsideration of the Motion to Stay in the event the MDL panel

transferred this action to the Northern District of Illinois, or if the MDL panel concluded that the Petition is premature. The MDL panel recently issued an order granting Plaintiff's Petition and consolidating the *Schultz* case with the present action. Therefore, it is hereby

ORDERED that American Family's Motion to Reconsider its Motion to Stay Under the First-to-File Rule or Transfer Under 28 U.S.C. § 1404, filed January 20, 2006, is **DENIED**.

Dated: February 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge