IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02174-WYD-CBS

ROCKY BALDOZIER;
ERIC STACK;
ROBERT REYNOLDS; and
JOK NICHOLSON, on behalf of themselves and all other similarly situated,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Upon consideration of the Notice of Ruling by the Judicial Panel on Multidistrict Litigation filed on February 21, 2006, it is hereby

      **ORDERED** that Plaintiffs' Motion to Bifurcate Trial and Discovery (filed February 8, 2006; *doc. no. 179*) is **DENIED**, at this time, as premature.

      **DATED:**     February 24, 2006